1

2

3

4

5

6

7

8                        UNITED STATES DISTRICT COURT

9                       EASTERN DISTRICT OF CALIFORNIA

10
                               ----oo0oo----
11

12   UNITED STATES OF AMERICA for      NO. CIV. 2:14-2026 WBS DAD
     the benefit of GEOSPHERE
13   CONSULTANTS, INC., a
     California corporation,
14
                   Plaintiffs,
15
          v.
16
     TRAVELERS CASUALTY & SURETY
17   CO. OF AMERICA, a Connecticut
     corporation; BARNHART-BALFOUR
18   BEATTY, INC., a California
     corporation, and DOES 1
19   through 50,

20                 Defendants.

21

22                             ----oo0oo----

23                   STATUS (PRETRIAL SCHEDULING) ORDER

24           After reviewing the parties' Joint Status Report, the

25   court hereby vacates the Status (Pretrial Scheduling) Conference

26   scheduled for December 22, 2014, and makes the following findings

27   and orders without needing to consult with the parties any

28   further.

                                    1

1        I.   SERVICE OF PROCESS

2        All named defendants have been served, and no further

3   service is permitted without leave of court, good cause having

4   been shown under Federal Rule of Civil Procedure 16(b).

5        II.  JOINDER OF PARTIES/AMENDMENTS

6        No further joinder of parties or amendments to

7   pleadings will be permitted except with leave of court, good

8   cause having been shown under Federal Rule of Civil Procedure

9   16(b).  See Johnson v. Mammoth Recreations, Inc., 975 F.2d 604

10  (9th Cir. 1992).

11       III. JURISDICTION/VENUE

12       Jurisdiction is predicated upon federal question

13  jurisdiction, 28 U.S.C. § 1331, because plaintiff's claims arise

14  under the Miller Act, 40 U.S.C. § 3131 et seq.  The court has

15  supplemental jurisdiction over plaintiff's state law claims

16  pursuant to 28 U.S.C. § 1367.  Venue is undisputed and is hereby

17  found to be proper.

18       IV.  DISCOVERY

19       The parties shall serve initial disclosures required by

20  Federal Rule of Civil Procedure 26(a)(1) by no later than January

21  9, 2015.

22       The parties shall disclose experts and produce reports

23  in accordance with Federal Rule of Civil Procedure 26(a)(2) by no

24  later than March 6, 2015.  With regard to expert testimony

25  intended solely for rebuttal, those experts shall be disclosed

26  and reports produced in accordance with Federal Rule of Civil

27  Procedure 26(a)(2) on or before April 3, 2015.

28       All discovery, including depositions for preservation

1  of testimony, is left open, save and except that it shall be so

2  conducted as to be completed by April 17, 2015.  The word

3  "completed" means that all discovery shall have been conducted so

4  that all depositions have been taken and any disputes relevant to

5  discovery shall have been resolved by appropriate order if

6  necessary and, where discovery has been ordered, the order has

7  been obeyed.  All motions to compel discovery must be noticed on

8  the magistrate judge's calendar in accordance with the local

9  rules of this court and so that such motions may be heard (and

10 any resulting orders obeyed) not later than April 17, 2015.

11              V.   MOTION HEARING SCHEDULE

12         All motions, except motions for continuances, temporary

13 restraining orders, or other emergency applications, shall be

14 filed on or before June 12, 2015.  All motions shall be noticed

15 for the next available hearing date.  Counsel are cautioned to

16 refer to the local rules regarding the requirements for noticing

17 and opposing such motions on the court's regularly scheduled law

18 and motion calendar.

19              VI. FINAL PRETRIAL CONFERENCE

20         The Final Pretrial Conference is set for August 31,

21 2015, at 2:00 p.m. in Courtroom No. 5.  The conference shall be

22 attended by at least one of the attorneys who will conduct the

23 trial for each of the parties and by any unrepresented parties.

24         Counsel for all parties are to be fully prepared for

25 trial at the time of the Pretrial Conference, with no matters

26 remaining to be accomplished except production of witnesses for

27 oral testimony.  Counsel shall file separate pretrial statements,

28 and are referred to Local Rules 281 and 282 relating to the

1  contents of and time for filing those statements.  In addition to

2  those subjects listed in Local Rule 281(b), the parties are to

3  provide the court with: (1) a plain, concise statement which

4  identifies every non-discovery motion which has been made to the

5  court, and its resolution; (2) a list of the remaining claims as

6  against each defendant; and (3) the estimated number of trial

7  days.

8        In providing the plain, concise statements of

9  undisputed facts and disputed factual issues contemplated by

10  Local Rule 281(b)(3)-(4), the parties shall emphasize the claims

11  that remain at issue, and any remaining affirmatively pled

12  defenses thereto.  If the case is to be tried to a jury, the

13  parties shall also prepare a succinct statement of the case,

14  which is appropriate for the court to read to the jury.

15        VII.  TRIAL SETTING

16        The jury trial is set for October 27, 2015 at 9:00 a.m.

17  The parties estimate that a jury trial will last three days.

18        VIII.  SETTLEMENT CONFERENCE

19        A Settlement Conference will be set at the time of the

20  Pretrial Conference.  All parties should be prepared to advise

21  the court whether they will stipulate to the trial judge acting

22  as settlement judge and waive disqualification by virtue thereof.

23        Counsel are instructed to have a principal with full

24  settlement authority present at the Settlement Conference or to

25  be fully authorized to settle the matter on any terms.  At least

26  seven calendar days before the Settlement Conference counsel for

27  each party shall submit a confidential Settlement Conference

28  Statement for review by the settlement judge.  If the settlement

4

1  judge is not the trial judge, the Settlement Conference

2  Statements shall not be filed and will not otherwise be disclosed

3  to the trial judge.

4          IX.  MODIFICATIONS TO SCHEDULING ORDER

5          Any requests to modify the dates or terms of this

6  Scheduling Order, except requests to change the date of the

7  trial, may be heard and decided by the assigned Magistrate Judge.

8  All requests to change the trial date shall be heard and decided

9  only by the undersigned judge.

10  Dated:  December 17, 2014

11  _____

12  WILLIAM B. SHUBB
    UNITED STATES DISTRICT JUDGE