WILLIAM K. HURLEY, ESQ., SBN 116625
*wkh@millermorton.com*
CARRIE A. MACINTOSH, ESQ., SBN 294610
*cam@millermorton.com*
MILLER, MORTON, CAILLAT & NEVIS, LLP
50 West San Fernando Street, Suite 1300
San Jose, California 95113
Telephone: (408) 292-1765
Facsimile: (408) 436-8272

Attorneys for Plaintiff
Geosphere Consultants, Inc.

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA for the benefit of GEOSPHERE CONSULTANTS, INC., a California corporation,<br><br>Plaintiffs,<br><br>vs.<br><br>TRAVELERS CASUALTY & SURETY CO. OF AMERICA, a Connecticut corporation; BARNHART-BALFOUR BEATTY, INC., a California corporation, and DOES 1 through 50,<br><br>Defendants. | No. 2:14-cv-02026-WBS-DAD<br><br>**STIPULATION AND ORDER TO EXTEND TIME FOR COMPLETION OF DISCOVERY AND TIME TO FILE MOTIONS TO COMPEL DISCOVERY** |

**PURSUANT TO FEDERAL RULES OF CIVIL PROCEDURE, RULE 6, AND CIVIL LOCAL RULES 143 AND 144 IT IS HEREBY STIPULATED AMONG THE PARTIES, BY AND THROUGH THEIR RESPECTIVE ATTORNEYS OF RECORD, AS FOLLOWS:**

WHEREAS, Plaintiff United States of America for the benefit of Geosphere Consultants, Inc. ("Geosphere") and Defendants Travelers Casualty and Surety Co. of America ("Travelers") and Barnhart-Balfour Beatty, Inc. ("Balfour Beatty"), collectively ("the Parties"), have been ordered by this Court to complete discovery by or before April 17, 2015;

WHEREAS, this Court has further ordered that all motions to compel discovery, if any there may be, be heard by or before April 17, 2015;

WHEREAS, the Parties have engaged in, and continue to engage in, good faith settlement discussions;

WHEREAS, the Parties met and conferred via phone conference on April 1, 2015 regarding the status of settlement discussions, and are hopeful that settlement will be imminently achieved;

WHEREAS, the Parties have determined that completing discovery by or before the existing April 17, 2015 may result in unnecessary expenditure of time and resources, and may hinder settlement discussions;

WHEREAS, the Parties have further determined that the existing deadline by which all motions to compel discovery does not provide the Parties with time to propound, and respond to discovery, and meet and confer in connection therewith prior to filing a motion to compel discovery;

WHEREAS, the Parties have agreed to extend the date for completion of discovery and the date for hearing of motions to compel discovery for a period of forty-five (45) days;

WHEREAS, the Parties acknowledge that, with the exception of the stipulated extensions to deadlines for completion of discovery and for the hearing of motions to compel discovery discussed herein, the remaining deadlines set by this Court's Pre-Trial Scheduling Order, entered on December 18, 2014, shall remain intact;

WHEREFORE THE PARTIES HEREBY STIPULATE AND AGREE AS FOLLOWS:

The date for completion of the discovery is hereby extended for a period of forty-five (45) days to be completed by or before June 2, 2015.

The date for hearing motions to compel discovery, if any there may be, is extended for a period of forty-five (45) days, with said motions to be heard by or before June 2, 2015.

DATED:  April 7, 2015                By:  */s/ Carrie A. MacIntosh*
                                          Carrie A. MacIntosh
                                          Attorney for Plaintiff
                                          Geosphere Consultants, Inc.


DATED:  April 7, 2015                By:  */s/ Jason Thornton*
                                          Jason Thornton
                                          Attorneys for Defendants
                                          Travelers Casualty & Surety Co. of
                                          America and Barnhart-Balfour Beatty

## **ORDER**

Pursuant to the parties' stipulation, IT IS SO ORDERED.

Dated:  April 8, 2015

_____
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE

Ddad1\orders.civil
geosphere2026.stip.cont.sched.ord.docx

STIPULATION AND [PROPOSED] ORDER TO EXTEND DATE FOR COMPLETION OF DISCOVERY AND MOTIONS TO COMPEL DISCOVERY