WILLIAM K. HURLEY, ESQ., SBN 116625
*wkh@millermorton.com*
CARRIE A. MACINTOSH, ESQ., SBN 294610
*cam@millermorton.com*
MILLER, MORTON, CAILLAT & NEVIS, LLP
50 West San Fernando Street, Suite 1300
San Jose, California  95113
Telephone:  (408) 292-1765
Facsimile:  (408) 436-8272

Attorneys for Plaintiff
Geosphere Consultants, Inc.


JASON R. THORNTON, ESQ., SBN 185637
MARKS, FINCH, THORNTON & BAIRD, LLP
4747 Executive Drive, Suite 700
San Diego, CA 92121-3107
Telephone:  (658) 737-3100
Facsimile:  (658) 737-3101

Attorneys for Defendants
Barnhart-Balfour Beatty, Inc., and
Travelers Casualty & Surety Co. Of America

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA for the benefit of GEOSPHERE CONSULTANTS, INC., a California corporation,<br><br>　　　　　　　　Plaintiffs,<br><br>　　　vs.<br><br>TRAVELERS CASUALTY & SURETY CO. OF AMERICA, a Connecticut corporation; BARNHART-BALFOUR BEATTY, INC., a California corporation, and DOES 1 through 50,<br><br>　　　　　　　　Defendants. | Case No.: 2-14-cv-02026-WBS-DAD<br><br>**STIPULATION AND ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE** |

**IT IS HEREBY STIPULATED** by and between Plaintiff United States of America for the benefit of Geosphere Consultants, Inc. ("Geosphere") and Defendants Travelers Casualty and Surety Co. of America ("Travelers") and Barnhart-Balfour Beatty, Inc. ("Balfour Beatty"), by and through their respective attorneys of record, that the above-captioned action shall be, and hereby is, dismissed with prejudice as to all parties and claims, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).  Each party shall bear its own fees and costs.

All signatories to this Stipulation, and on whose behalf the filing is submitted, concur with the Stipulation's content and authorize its filing.

Dated:  July 30, 2015                MILLER, MORTON, CAILLAT & NEVIS, LLP

By: */s/ Carrie A. MacIntosh*
    WILLIAM K. HURLEY
    CARRIE A. MACINTOSH
    Attorneys for Plaintiff
    Geosphere Consultants, Inc.


Dated:  July 30, 2015                MARKS, FINCH, THORNTON & BAIRD, LLP

By: */s/ Jason R. Thornton*
    JASON R. THORNTON
    Attorneys for Defendants
    Barnhart-Balfour Beatty, Inc., and Travelers
    Casualty & Surety Co. Of America

I attest that the original facsimile signatures of the persons whose electronic signatures are shown above are maintained by me, and that their concurrence in the filing of this document and attribution of their signatures was obtained.

Dated:  July 30, 2015                MILLER, MORTON, CAILLAT & NEVIS, LLP

By: */s/ Carrie A. MacIntosh*
    WILLIAM K. HURLEY
    CARRIE A. MACINTOSH
    Attorneys for Plaintiff
    Geosphere Consultants, Inc.

## ORDER

**IT IS HEREBY ORDERED** that, pursuant to the parties' stipulation and Federal Rules of Civil Procedures 41(a)(1)(A)(ii), the above-captioned action shall be, and hereby is dismissed in its entirety with prejudice as to all parties and claims. Each party shall bear its own fees and costs.

Dated: July 31, 2015

_____
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

513042_1

MILLER, MORTON, CAILLAT & NEVIS, LLP
50 West San Fernando Street, Suite 1300
San Jose, CA 95113
Telephone: (408) 292-1765